IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTAIR WATER POOL AND SPA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FIBERSTARS INC., a California corporation,<br><br>    Defendant.<br>                                           / | No. C 05-01391 WHA<br><br>**ORDER DENYING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

The parties' stipulated request to continue the case management conference, presently set for **JULY 7, 2005, AT 11:00 A.M.** is **DENIED**. Trial counsel shall please appear in person for the case management conference.

**IT IS SO ORDERED.**

Dated: June 24, 2005

                                                               WILLIAM ALSUP<br>
                                                                UNITED STATES DISTRICT JUDGE