UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTAIR WATER POOL AND SPA, INC., <br><br>Plaintiff(s), <br><br>v. <br><br>FIBERSTARS, INC., <br><br>Defendant(s). | No.  C 05-1391 WHA (BZ) <br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

This case has been assigned to me to conduct a settlement conference.  **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Friday, July 15, 2005 at 9:00 a.m.,** to discuss the settlement process.  Plaintiff's counsel shall initiate the call and get all interested parties on the line and call chambers at **415-522-4093.**  In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov.**

Dated:  July 13, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.05\PENTAIRPATENTSTATUS.CONF

1