UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTAIR WATER POOL AND SPA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FIBERSTARS, INC., a California corporation, <br><br> Defendant. | Case No. C 05-01391 WHA <br><br> ~~PROPOSED~~ ORDER RE: SCHEDULE FOR CLAIM CONSTRUCTION |

Pursuant to this Court's Order of July 7, 2005, the Parties, after meeting and conferring in good-faith stipulate to, and respectfully submit, the following Schedule for Claim Construction. The Parties note that the proposed schedule, though highly compressed to meet the accelerated date of the claim-construction hearing order by the Court, preserves much of the procedure and timing set forth in the Patent Local Rules. However, the Parties note, and respectfully request that the Court confirm, that the proposed schedule provides that Plaintiff's Reply Brief be filed and served nine (9) days prior to the claims construction hearing, rather than the fourteen (14) days provided pursuant to the Local Patent Rules. This alteration was necessary to ensure that each Party was provided with a fair and reasonable amount of time to analyze each other's respective disclosures and adequately brief the issues for the Court in light of the foreshortening of other Local Patent Rule-specified deadlines which resulted from the expedited hearing date designated by the Court.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

| Due Date | Under the Rules | Pentair's Proposal |
|---|---|---|
| Infringement Contentions | Friday, July 22, 2005 | Friday, July 22, 2005 |
| Invalidity Contentions | Monday, September 5, 2005 | Friday, August 26, 2005 ~~Monday, September 5, 2005~~ |
| Exchange Proposed Terms | Thursday, September 15, 2005 | Wednesday, August 31, 2005 ~~Thursday, September 8, 2005~~ |
| Disclosure of Extrinsic Evidence to be Relied Upon for Claims Construction (includes expert reports) | Wednesday, October 5, 2005 | Wednesday, September 7, 2005 ~~Monday, September 12, 2005~~ |
| Plaintiff's Opening Markman Brief | Monday, December 19, 2005 | Wednesday, September 14, 2005 ~~Monday, September 19, 2005~~ |
| Tutorial for Court | | Wednesday, September 21, 2005 |
| Defendant's Responsive Brief | Monday, January 2, 2006 | Friday, September 23, 2005 ~~Thursday, September 29, 2005~~ |
| Plaintiff's Reply Markman Brief | Monday, January 9, 2006 | Wednesday, September 28, 2005 ~~Monday, October 3, 2005~~ |
| Markman Hearing | Monday, January 23, 2006 | Wednesday, October 12, 2005 |

It is so ordered.
July 22, 2005

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

Dated: July 22, 2005          Respectfully submitted,

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____/S/ Paul N. Tauger_____
PAUL N. TAUGER
Attorneys for Plaintiff
PENTAIR WATER POOL AND SPA, INC.

Dated: July 22, 2005          HOWREY, LLP

By: _____/S/ K.T. Cherian_____
K. T. CHERIAN
Attorneys for Defendant
FIBERSTARS, INC.

- 2 –

**PROPOSED ORDER RE: SCHEDULE FOR CLAIM CONSTRUCTION**
Case No. C 05-01391 WHA