IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENTAIR WATER POOL AND SPA, INC., a Delaware corporation,

    Plaintiff,

  v.

FIBERSTARS INC., a California corporation,

    Defendant.

No. C 05-01391 WHA

**ORDER APPROVING STIPULATED DISMISSAL**

The stipulated dismissal of all claims and counter-claims in the above-captioned action with prejudice pursuant to FRCP 41(a)(1) is **APPROVED**. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 12, 2005

                                                           WILLIAM ALSUP
                                                           UNITED STATES DISTRICT JUDGE